UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>vs.<br><br>**Nelson Martinez** | ORDER<br><br>04   CR 48-20(JSR) |

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Nelson Martinez

, Reg # (57700  ) -054, be released from custody,  The U.S. Marshals are to release the defendant

unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

_12/4/20_____
Date