UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :   04 Cr. 48-20 (JSR)
:
- v. -                            :   PROPOSED ORDER
:   GOVERNING CONDITIONS
NELSON MARTINEZ,                  :   OF RELEASE
:
Defendant.                    :
:
- - - - - - - - - - - - - - - - - x

PROPOSED ORDER

JED S. RAKOFF, U.S.D.J.

WHEREAS this Court has granted the application of NELSON MARTINEZ, the defendant, for compassionate release, pursuant to 18 U.S.C. § 3582(c);

WHEREAS this Court has directed that NELSON MARTINEZ, the defendant, be released from custody immediately;

WHEREAS this Court, through its Memorandum and Order dated December 4, 2020 reduced the sentence of NELSON MARTINEZ to time served followed by the five years of supervised release originally imposed in the Judgment dated June 28, 2007, and has imposed the mandatory, standard, and special conditions of supervised release set forth in the Judgment dated June 28, 2007;

WHEREAS this Court directs NELSON MARTINEZ, the defendant, to self-isolate for a period not less than 14 days, avoid contact with others and physically distance himself from any other occupant of his home;

IT IS HEREBY ORDERED:

1. The Bureau of Prisons shall release NELSON MARTINEZ, the defendant, immediately;

2. NELSON MARTINEZ, the defendant, shall, upon release, self-isolate in the second bedroom of his mother's apartment in the Bronx, New York, having no more than the minimum necessary and practicable contact with any other individual for 14 days following the date of his release from custody;

3. During his 14 day quarantine, NELSON MARTINEZ, the defendant, shall wear a mask and comply with all other relevant CDC Guidelines to prevent the spread of COVID-19;

4. NELSON MARTINEZ, the defendant, shall, upon his return to the Southern District of New York, comply with all requirements and procedures set forth by the New York State and New York City Departments of Health relating to COVID-19; and

5. The mandatory conditions, standard conditions, and special conditions of supervised release from the Judgement issued by this Court and dated June 28, 2007 shall be imposed upon his release from custody.

SO ORDERED.

Dated:  New York, New York
        December 4, 2020

_____
JED S. RAKOFF, U.S.D.J.